J. ERNEST DALY et al., Respondents, *v.* STATE OF NEW YORK
Appellant. (Claim No. 18161.)

ISABELLE DALY et al., Respondents, *v.* STATE OF NEW YORK,
Appellant. (Claim No. 18156.)

JEREMIAH F. CROWLEY, JR., Respondent, *v.* STATE OF NEW YORK,
Appellant. (Claim No. 18158.)

JEREMIAH CROWLEY, Respondent, *v.* STATE OF NEW YORK,
Appellant. (Claim No. 18163.)

CHRISTOPHER HENRY, Respondent, *v.* STATE OF NEW YORK,
Appellant. (Claim No. 18165.)

FRED R. BUTTERFIELD, Respondent, *v.* STATE OF NEW YORK,
Appellant. (Claim No. 18173.)

GEORGE DODGE, Respondent, *v.* STATE OF NEW YORK, Appellant.
(Claim No. 18174.)

EDWARD A. DALY, Respondent, *v.* STATE OF NEW YORK, Appellant.
(Claim No. 18176.)

JOHN A. FALVEY et al., Respondents, *v.* STATE OF NEW YORK,
Appellant. (Claim No. 18179.)

EDWIN R. MENEELY, Respondent, *v.* STATE OF NEW YORK,
Appellant. (Claim No. 18183.)

CHARLES BUTTERFIELD, Respondent, *v.* STATE OF NEW YORK,
Appellant. (Claim No. 18184.)

Argued March 10, 1942; decided April 23, 1942.

*John J. Bennett, Jr., Attorney-General (Burns F. Barford* and *James H. Glavin, Jr.,* of counsel), for appellant.

*Gerald W. O'Connor* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.